Mary E. Hawkes, as Administratrix of the Estate of Edward J. Hawkes, Deceased, Respondent, v. City of Buffalo, Appellant, et al., Defendants.— Order so far as appealed from affirmed, with $10 costs and disbursements. All concur. (The portion of the order appealed from grants plaintiff's motion to strike out certain paragraphs of·the answer of defendant city.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ. [See 270 App. Div. 799.]